UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

PC CONNECTION, INC.,

    Plaintiff,

        v.

REBECCA WITTS and CLUTCH SOLUTIONS, LLC,

    Defendants.

No. 1:22-cv-00170-SE

**PC CONNECTION, INC. AND CLUTCH SOLUTIONS, LLC'S
JOINT MOTION FOR APPROVAL OF CONSENT ORDER**

Pursuant to Fed. R. Civ. P. (7)(b)(1), Plaintiff PC Connection, Inc. ("Connection") and Defendant Clutch Solutions, LLC ("Clutch") hereby respectfully submit this Joint Motion for Approval of Consent Order. As grounds for the motion, Connection and Clutch state as follows:

1. Connection commenced this action on May 13, 2022 against Defendants Rebecca Witts and Clutch Solutions, LLC alleging breach of contract and tortious interference with contractual relations. On June 7, 2022, Connection filed a First Amended Complaint as of right, which is the operative pleading in this matter.

2. Connection's First Amended Complaint alleges that Defendant Witts breached her restrictive covenant agreement between herself and Connection and Defendant Clutch tortiously interfered with that agreement as Witts' subsequent employer.

3. As a result of having engaged in settlement negotiations, Connection and Clutch agreed to resolve this action in its entirety as against Clutch and consent to the entry of the attached Proposed Consent Order, attached hereto as <u>Exhibit A</u>. This resolution does not

involve Ms. Witts. The attached Proposed Consent Order reflects the terms of the injunctive relief to which Connection and Clutch have agreed after contemplating the specific facts of the First Amended Complaint.

4. Connection and Clutch request that the Court approve and execute the attached Proposed Consent Order. The Proposed Consent Order conforms to Fed. R. Civ. P. 65(d) in that it states the reason why it is issued, provides specific terms that Connection and Clutch must comply with, and describes in detail the acts restrained and required.

5. The entry of the Proposed Consent Order will resolve this case as between Connection and Clutch and resolves in full Connection's Motion for Expedited Discovery.

Respectfully submitted,

PC CONNECTION, INC.

By its attorneys,

*/s/ Samuel H. Martin*
Samuel H. Martin (NHBA# 272195)
JACKSON LEWIS P.C.
100 International Drive, Suite 363
Portsmouth, NH 03801
Phone: (603) 559-2700
Fax: (603) 559-2701
samuel.martin@jacksonlewis.com

Erik Winton (admitted *pro hac vice*)
JACKSON LEWIS P.C.
75 Park Plaza, 4th Fl.
Boston, MA 02116
Phone: (617) 367-0025
Fax: (617) 367-2155
erik.winton@jacksonlewis.com

AND

CLUTCH SOLUTIONS, LLC

By its attorneys,

*/s/ Joshua D. Nadreau*
Joshua D. Nadreau (NHBA# 273017)
FISHER & PHILLIPS, LLP
200 State Street, 7th Floor
Boston, Massachusetts 02109
T: (617) 722-0044
E: jnadreau@fisherphillips.com

Dated: June 15, 2022

### CERTIFICATE OF SERVICE

    This hereby certifies that on this 15th day of June, 2022, this document was filed through the ECF system. A copy was sent via ECF to counsel of record for both Defendants.

                                      */s/ Samuel H. Martin*
                                      Samuel H. Martin

4859-1735-4533, v. 2