# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PC CONNECTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> REBECCA WITTS and CLUTCH SOLUTIONS, LLC, <br><br> Defendants. | No. 1:22-cv-00170-SE |

## NOTICE OF DISMISSAL WITH PREJUDICE AS TO CLUTCH SOLUTIONS, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff PC Connection, Inc. hereby gives notice that it dismisses this action with prejudice as to Clutch Solutions, LLC. This notice does not include Defendant Rebecca Witts, against whom this case remains active. Connection and Clutch shall each bear their own attorney's fees, costs, and expenses.

Dated: August 2, 2022

        PC CONNECTION, INC.

        By its attorneys,

        */s/ Samuel H. Martin*
        Samuel H. Martin (NHBA# 272195)
        JACKSON LEWIS P.C.
        100 International Drive, Suite 363
        Portsmouth, NH 03801
        Phone: (603) 559-2700
        Fax: (603) 559-2701
        samuel.martin@jacksonlewis.com

Erik Winton (admitted *pro hac vice*)
JACKSON LEWIS P.C.
75 Park Plaza, 4th Fl.
Boston, MA 02116
Phone: (617) 367-0025
Fax: (617) 367-2155
erik.winton@jacksonlewis.com

## CERTIFICATE OF SERVICE

    This hereby certifies that on this 2nd day of August, 2022, this document was filed through the ECF system. A copy was sent via ECF to counsel of record for both Defendants.

*/s/ Samuel H. Martin*
Samuel H. Martin

4886-8137-8349, v. 1