UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

PC CONNECTION, INC.,

    Plaintiff,

    v.

REBECCA WITTS,

    Defendant.

No. 1:22-cv-00170-SE

**PC CONNECTION, INC. AND REBECCA WITTS'
JOINT MOTION FOR APPROVAL OF CONSENT ORDER**

Pursuant to Fed. R. Civ. P. (7)(b)(1), Plaintiff PC Connection, Inc. ("Connection") and Defendant Rebecca Witts ("Ms. Witts") hereby respectfully submit this Joint Motion for Approval of Consent Order. As grounds for the motion, Connection and Ms. Witts state as follows:

1. Connection commenced this action on May 13, 2022 against Defendants Rebecca Witts and Clutch Solutions, LLC alleging breach of contract and tortious interference with contractual relations. On June 7, 2022, Connection filed a First Amended Complaint as of right, which is the operative pleading in this matter. On August 2, 2022, the Court allowed the voluntary dismissal of Clutch Solutions, LLC as a defendant. On August 23, 2022, Ms. Witts filed an answer and counterclaims against PC Connection, Inc.

2. Connection's First Amended Complaint alleges that Ms. Witts breached her restrictive covenant agreement between herself and Connection.

3. As a result of having engaged in settlement negotiations, Connection and Ms. Witts agreed to resolve this action in its entirety as against Ms. Witts and consent to the entry of

the attached Proposed Consent Order, attached hereto as <u>Exhibit A</u>. The attached Proposed Consent Order reflects the terms of the injunctive relief to which Connection and Ms. Witts have agreed after contemplating the specific facts of the First Amended Complaint. In so submitting this Motion for Approve of Consent Order, Ms. Witts is not admitting to or acknowledging the facts in the First Amended Complaint or to the claims asserted against Ms. Witts in the First Amended Complaint.

4. Connection and Ms. Witts request that the Court approve and execute the attached Proposed Consent Order. The Proposed Consent Order conforms to Fed. R. Civ. P. 65(d) in that it states the reason why it is issued, provides specific terms that Connection and Clutch must comply with, and describes in detail the acts restrained and required.

5. The entry of the Proposed Consent Order will resolve this litigation.

        Respectfully submitted,

        PC CONNECTION, INC.

        By its attorneys,

Dated: November 16, 2022        <u>/s/ Samuel H. Martin</u>
        Samuel H. Martin (NHBA# 272195)
        JACKSON LEWIS P.C.
        100 International Drive, Suite 363
        Portsmouth, NH 03801
        Phone: (603) 559-2700
        Fax: (603) 559-2701
        samuel.martin@jacksonlewis.com

        Erik Winton (admitted *pro hac vice*)
        JACKSON LEWIS P.C.
        75 Park Plaza, 4th Fl.
        Boston, MA 02116
        Phone: (617) 367-0025
        Fax: (617) 367-2155
        erik.winton@jacksonlewis.com

AND

REBECCA WITTS

By her attorneys,

DONAHUE, TUCKER & CIANDELLA, PLLC

Dated: November 16, 2022       By /s/ Eric A. Maher
Eric A. Maher, Esq.
NH Bar #21185
111 Maplewood Ave, Ste. D
Portsmouth, NH 03801
(603) 778-0686
emaher@dtclawyers.com

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 16th day of November, 2022, this document was filed through the ECF system. A copy was sent via ECF to all counsel of record.

/s/ Samuel H. Martin
Samuel H. Martin

4854-9860-1019, v. 3