UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

PC CONNECTION, INC.,

    Plaintiff,

        v.

REBECCA WITTS,

    Defendant.

No. 1:22-cv-00170-SE

**CONSENT ORDER BETWEEN
PC CONNECTION, INC. AND REBECCA WITTS**

Plaintiff PC Connection, Inc. ("Connection") and Defendant Rebecca Witts ("Ms. Witts") having consented to the entry of a Court Order on the terms set forth below, the Court enters the following Consent Order:

1.    Ms. Witts will abide by the terms of her Covenant Not to Compete and Disclose Confidential Information and Assignment of Rights, attached hereto as Exhibit 1. The effective period of the post-employment obligations set forth in numbered paragraph 1 of Exhibit 1 shall begin on May 21, 2022.

2.    Connection acknowledges that Ms. Witts is currently employed with Corsica Technologies ("Corsica") in a sales role. Connection further acknowledges that Ms. Witts conferred in good faith with Connection concerning her employment with Corsica prior to her employment with Corsica, and her employment with Corsica is acceptable to Connection, for so long as Ms. Witts complies with the obligations pursuant to this Agreement and the Non-Compete, as amended by this Agreement.

3. For the eighteen (18) month period beginning on May 21, 2022, Ms. Witts will continue to confer with Connection regarding any actual or prospective employers which Ms. Witts believes, in good faith, may be potential competitors of Connection. In addition, during the eighteen (18) month period beginning on May 21, 2022, before accepting employment with a new employer, Ms. Witts will inform Connection of such prospective employment by identifying the prospective employer and position and will seek Connection's input as to whether Connection would deem that employment to be in violation of the Agreement. Connection agrees to consider in good faith any prospective employer of Ms. Witts presented to it.

4. Connection agrees and acknowledges that eighteen (18) months after May 21, 2022, Ms. Witts may engage in competitive activities with Connection and solicitation of Connection's customers so long as she does not breach the Settlement Agreement between Connection and Ms. Witts or the Non-Compete (as amended by the Settlement Agreement) and/or use any Connection Confidential Information (as defined in the Non-Compete) to do so.

SO ORDERED,

_SD Elliott_
_____
Samantha D. Elliott,
United States District Judge

Dated: November 17, 2022

4888-4965-3051, v. 4