```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

PC Connection, Inc.

    v.

                                    Case No. 22-cv-170-SE

Rebecca Witts, et al

## JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Notice of Voluntary Dismissal as to Clutch Solutions, LLC filed on August 2, 2022; and

2. Consent Decree approved by Judge Samantha D. Elliott on November 17, 2022.

                                              By the Court:

                                              _____
                                              Daniel J. Lynch
                                              Clerk of Court

Date: November 17, 2022

cc:   Counsel of Record